**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Julio LAREDO–MENDEZ, also known as Julio Horacio Laredo, also known as Julio Leredo, also known as Horacio Mendez–Martinez, Defendant–Appellant.**

No. 07–51130
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Julio Horacio Laredo, Ruben P. Morales, El Paso, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Julio Laredo–Mendez pleaded guilty to attempted illegal reentry after deportation and was sentenced to 48 months of imprisonment and three years of supervised release. Laredo–Mendez argues that his prior California robbery conviction under CAL.PENAL CODE § 211 is not a crime of violence within the meaning of U.S.S.G. § 2L1.2(b)(1)(A)(ii). Laredo–Mendez acknowledges that this court held that a California robbery conviction is a crime of violence in *United States v. Tellez–Martinez*, 517 F.3d 813, 814 (5th Cir.), *petition for cert. filed* (June 16, 2008) (No. 07–11483). However, he argues that *Tellez–Martinez* was incorrectly decided. A panel of this court cannot overrule a prior panel's decision in the absence of intervening contrary or superseding authority by this court sitting en banc or by the United States Supreme Court. *United States v. Lipscomb*, 299 F.3d 303, 313 n. 34 (5th Cir.2002). This issue is foreclosed.

The Government's motion for summary affirmance is GRANTED, the motion for extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.